**STATE of Missouri, Respondent,**

v.

**Darrell Wayne JOHNSON, Appellant.**

**No. WD 42857.**

Missouri Court of Appeals,
Western District.

Oct. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied
Jan. 9, 1991.

Anthony C. Cardarella, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of felony stealing, § 570.030, RSMo 1986.

Judgment Affirmed. Rule 30.25(b).